Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL V

| IVETTE YOLANDA SOTO PALLARES, YOLANDA IVETTE SOTO PALLARES y YAEL SOTO PALLARES<br><br>Peticionaria<br><br>v.<br><br>EUSEBIA PALLARES T/C/C EUSEBIA PALLARES RODRÍGUEZ Y OTROS<br><br>Recurrida | KLCE202500071 | *Certiorari*<br>Procedente del Tribunal de Primera Instancia, Sala de CAGUAS<br><br>Caso Núm.:<br>CG2022CV03417<br><br>Sobre:<br>División o liquidación de la comunidad de bienes hereditarios |

Panel integrado por su presidente el Juez Hernández Sánchez, el Juez Bonilla Ortiz y la Jueza Mateu Meléndez.

Mateu Meléndez, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 26 de marzo de 2025.

Atendida la *Moción Informando Desistimiento* presentada por la parte peticionaria, Ivette Yolanda Soto Pallares, Yolanda Ivette Soto Pallares y Yael Soto Pallares, el 24 de marzo de 2025, disponemos a continuación:

Este Tribunal ordena el archivo y cierre del caso de epígrafe por desistimiento con perjuicio, conforme dispone la Regla 83 (A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador

SEN2025 _____